

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2016

No. 04-16-00344-CV

**IN THE INTEREST OF A.A.T., A CHILD**,

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 31,313
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Appellant's request for extension of time to file brief is hereby GRANTED. Time is extended to August 25, 2016 with NO FURTHER EXTENSIONS.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court